# Humphreys *v.* Mead, Appellant.

Argued May 13, 1903. Appeal, No. 109, April T., 1903, by defendants, from judgment of C. P. No. 2, Allegheny Co., Sept. T., 1900, No. 105, on verdict for plaintiff in case of William G. Humphreys v. James J. Mead and A. A. Speer, trading as Mead & Speer. Before RICE, P. J., BEAVER, ORLADY, W. D. PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY HENDERSON, J., October 5, 1903:

This case was tried with the preceding case in the court below upon the same cause of action, the appellee having been joined as a defendant in the same suit with William M. Humphreys. It was made very clear that the case was without probable cause as to the appellee, and we find no error in the action of the court in refusing to take the case from the jury. For the reasons indicated in the preceding case, the judgment is affirmed.